


1  BENJAMIN B. WAGNER
   United States Attorney
2  ELANA S. LANDAU
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California  93721
4  Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

In the Matter of the Search of ) Case NO. 1:08-SW-320 GSA
325 HIGH POINT COURT           )
MODESTO, CA                    ) REQUEST TO **UNSEAL** SEARCH WARRANT
                               )
_____)

   Upon application of the United States of America and good cause having been shown,

   IT IS HEREBY ORDERED that the search warrant and application and affidavit in support of the search warrant in the above-captioned proceeding be and is hereby unsealed.

Date: _March 23, 2011

                                    _____
                                    Honorable Sandra M. Snyder
                                    United States Magistrate Judge